IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Earline Johnson,<br><br>Plaintiff,<br><br>v.<br><br>Kimsrun Deth and Kim Transport, Inc.,<br><br>Defendants. | Case No.: 3:18-cv-02015-DCCX JFA<br><br>**NOTICE OF FILING ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT** |

I, Attorney Bradley L. Lanford, represent the Plaintiff, Earline Johnson, and hereby notify the Court, and all Parties, that I am hereby filing with the United States District Court, District of South Carolina, Columbia Division, a letter Accepting Service of the Summons and Complaint regarding this matter, received by my office from the South Carolina Department of Insurance, on behalf of State Farm Mutual Automobile Ins Co.

Respectfully submitted,

**LAW OFFICE OF KENNETH E. BERGER, LLC**

/s Bradley L. Lanford
Bradley L. Lanford (Federal ID # 9371)
blanford@bergerlawsc.com
LAW OFFICE OF KENNETH E. BERGER, LLC
5205 Forest Drive Suite Two
Columbia, South Carolina 29206
(803) 790-2800
Attorney for Plaintiff Earline Johnson

Columbia, South Carolina
March 1, 2019



# South Carolina
# Department of Insurance

Capitol Center
1201 Main Street, Suite 1000
Columbia, South Carolina 29201

**HENRY McMASTER**
Governor

**RAYMOND G. FARMER**
Director

Mailing Address:
P.O. Box 100105, Columbia, S.C. 29202-3105
Telephone: (803) 737-6160

February 22, 2019



2/25/19

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
STATE FARM MUTUAL AUTOMOBILE INS CO
c/o Corporation Service Company
1703 Laurel Street
Columbia, SC 29201-0000

Dear Sir:

On February 22, 2019, I accepted service of the attached Summons, Complaint and Answers to Interrogatories on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-5-70. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 38-77-160. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. The claimant, within this service letter, provided the following additional information regarding this first party claim: POLICY/CLAIM NUMBER 5062379B0340D/407460B99. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

**You must promptly acknowledge in writing your receipt of this accepted process to sdubois@doi.sc.gov.** When replying, please refer to File Number 173833, <u>Earline Johnson v. Kimsrun Deth , et al.</u>, 3:18-cv-02015-DCC.

By:

*/s/ David E. Belton*

David E. Belton
Senior Associate General Counsel
(803)737-6132

Sincerely Yours,

Raymond G. Farmer
Director
State of South Carolina
Department of Insurance

Attachment

CC:   Kenneth E. Berger
      5205 Forest Drive, Suite Two
      Columbia, SC    29206