IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Earline Johnson, <br><br> Plaintiff, <br><br> vs. <br><br> Kimsrun Deth and Kim Transport, Inc., <br><br> Defendants. | C/A No.: 3:18-cv-02015-JFA <br><br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree that this matter is dismissed **without prejudice**. The parties further agree to bear their own costs and fees in this matter.

LAW OFFICE OF KENNETH E. BERGER, LLC

s/ Bradley L. Lanford
Bradley L. Lanford
Federal Bar No.: 9371
Kenneth E. Berger
Federal Bar No.: 11083
5205 Forest Drive, Suite Two
Columbia, SC 29206
(803) 790-2800
Attorneys for Plaintiff

March 19, 2019
Columbia, South Carolina

MURPHY AND GRANTLAND, PA

s/ Ronald B. Diegel
Ronald B. Diegel
Federal Bar No.: 5827
P.O. Box 6648
Columbia, SC 29260
(803) 782-4100
Attorneys for Defendants

March 19, 2019
Columbia, South Carolina